1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 14 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) CASE NO.
                                    )
12 |         Plaintiff,              )
                                    ) SEALING ORDER
13 |     v.                          )
                                    )  2:14-MJ-0086   KJN
14 | ARLINA ALEXANDER-ZAPLUTUS,     )
    aka ARLINA ALEXANDER,          )
15 |                                 )
            Defendant.              )   **SEALED**
16 |_____ )

17

18  Upon application of the United States of America and good cause having been shown,

19      IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and

20  shall not be disclosed to any person until the defendant is arrested, or upon further order of this Court.

21

22  Dated: April 14, 2014

23                                          _____
                                            HON. KENDALL J. NEWMAN
24                                          United States Magistrate Judge

25

26

27

28