McGREGOR W. SCOTT
United States Attorney
MATTHEW C. THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARLINA ALEXANDER-ZAPLUTUS,<br>aka ARLINA ALEXANDER,<br><br>    Defendant. | CASE NO: 2:14-MJ-86-KJN<br><br>[~~PROPOSED~~] ORDER TO UNSEAL COMPLAINT AND COMPLAINT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: June 29, 2018

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE